1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | SARA UGAZ, State Bar No. 239031
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5716
Fax: (415) 703-5843
8 | Email:  Sara.Ugaz@doj.ca.gov

9 | Attorneys for Defendant Salvador Trujillo

*E-FILED - 7/24/07*

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

| | |
|---|---|
| **GABRIEL BALLESTEROS,** | C 02-02323 RMW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| **v.** | |
| **SALVADOR G. TRUJILLO,** | |
| Defendant. | |

20 | Following a mediation with The Honorable Magistrate Judge Nandor Vadas, the parties

21 | agree as follows:

22 |    A.    Plaintiff Gabriel Ballesteros (Plaintiff) filed his Complaint in this action on May 14,

23 |          2002, and the Court ordered service on July 2, 2002.  (Ct. Docket Nos. 1, 6.)

24 |    B.    In his Complaint, Plaintiff alleges that Defendant Salvador Trujillo physically injured

25 |          him when he used excessive force against him on April 17, 2001 at Pelican Bay State

26 |          Prison.

27 |    C.    In its Order of Service, the Court screened Plaintiff's Complaint and found that

28 |          liberally construed, Plaintiff's excessive force allegations against Defendant Trujillo

Stip. & [Prop.] Order Dismissal

*Gabriel Ballesteros v. S. Trujillo*
C 02-02323 RMW

1

1    stated a cognizable 42 U.S.C. § 1983 claim. (Ct. Docket No. 6.) On March 12, 2007,

2    the Court referred the case to the Pro Se Prisoner Early Settlement Program. (Docket

3    No. 75.)

4    D.    The parties mediated this matter before Magistrate Judge Vadas on May 30, 2007 and

5          May 31, 2007 at California Correctional Institute, Tehachapi. A full and final

6          settlement of this action was reached by the parties. The parties wish to fully resolve

7          all matters which were or could have been asserted in this action. Therefore, they now

8          enter into this stipulation in order to fully settle and discharge all claims which are, or

9          might have been, the subject matter of the action, upon the terms and conditions set

10         forth below.

11   IN ACCORDANCE WITH MATTERS DISCUSSED BY MAGISTRATE JUDGE

12   VADAS AND THE PARTIES AT THE MAY 30, 2007 AND MAY 31, 2007 MEDIATION,

13   THE PARTIES STIPULATE AS FOLLOWS:

14   1.    Plaintiff agrees to the voluntary dismissal with prejudice of the above-captioned action

15         under Rule 41(a) of the Federal Rules of Civil Procedure.

16   2.    Defendant Trujillo and the California Department of Corrections and Rehabilitation

17         (CDCR) denies any and all liability. This agreement does not constitute an admission

18         of liability or any wrongdoing on behalf of any party.

19   3.    In consideration for a release of all claims and a stipulation of dismissal in this action,

20         the California Department of Corrections and Rehabilitation (CDCR), on behalf of

21         Defendant, agrees to pay Plaintiff Ten Thousand Dollars and no cents ($10,000).

22   4.    At the time that Plaintiff signs this stipulation, he shall also sign and return to defense

23         counsel a Payee Data Record form. Upon receipt of the executed Stipulation and Order

24         of Dismissal and Payee Data Record Form, CDCR will have up to 120 days to issue the

25         settlement payment check

26   5.    Plaintiff expressly waives and assumes the risk of any and all claims for damages

27         which exist as of this date, but which he does not know or suspect to exist, whether

28         through ignorance, oversight, error, negligence, or otherwise, and which, if known,

Stip. & [Prop.] Order Dismissal                                    *Gabriel Ballesteros v. S. Trujillo*
                                                                   C 02-02323 RMW

1 would materially affect his decision to enter into this settlement agreement.  Plaintiff

2 has read the contents of Section 1542 of the Civil Code of the State of California, and

3 he expressly waives the benefits of this section.  Section 1542 reads as follows: "A

4 general release does not extend to claims which the creditor does not know or suspect

5 to exist in his or her favor at the time of executing the release, which if known by him

6 or her must have materially affected his or her settlement with the debtor."

7 6.   In consideration of the obligations set forth in Paragraph 2, Plaintiff completely

8 releases and forever discharges Defendant, all served and unserved defendants, CDCR,

9 Pelican Bay State Prison, and any unnamed defendants, from any and all claims that

10 are the subject of the action as alleged in Plaintiff's Complaint that are based on,

11 related to, or derived from the alleged acts or omissions of Defendant, CDCR, or

12 Pelican Bay State Prison as alleged in Plaintiff's Complaint filed in this action.

13 7.   Under California Penal Code § 2085.5 all outstanding restitution orders and fines must

14 first be paid directly from this settlement.  The restitution fines and fees, if any, shall be

15 deducted from the settlement proceeds and the remainder of the settlement amount will

16 be issued by check payable to Plaintiff.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip. & [Prop.] Order Dismissal

*Gabriel Ballesteros v. S. Trujillo*
C 02-02323 RMW

JUN/11/2007/MON 11:59 AM    ATTORNEY GENERAL        FAX No. 415 703 5734          P. 005

1    8.   Each party shall bear his own attorneys' fees and costs.

2    9.   This stipulation shall constitute the entire agreement between the parties arising from

3         the allegations alleged in this action, and it is expressly understood and agreed that this

4         stipulation has been freely and voluntarily entered into by all parties. It may not be

5         altered, amended, modified, or otherwise changed in any respect except by writing duly

6         executed by the parties to this agreement.

7    IT IS SO STIPULATED.

8

9    Dated: June 29, 2007          _____
                                    GABRIEL BALLESTEROS, PLAINTIFF

10

11   Dated: June July 10, 2007     _____

12                                 ALAN SOBEL, STAFF COUNSEL
                                   Office of Legal Affairs
13                                 California Department of Corrections and
                                   Rehabilitation
14

15
     Dated: June 11, 2007          _____
16                                 SARA UGAZ
                                   Deputy Attorney General
17                                 Attorneys for Defendant Salvador Trujillo

18

19                                       ORDER

20       IT IS HEREBY ORDERED that this case against Defendant shall be dismissed with

21   prejudice.

22   IT IS SO ORDERED.

23
     Dated: __7/24/07__             _____
24                                 THE HONORABLE RONALD WHYTE
                                   United States District Court Judge
25

26   20031669.wpd

27

28

Stip. & [Prop.] Order Dismissal                    Gabriel Ballesteros v. Trujillo
                                                   C 02-02323 RMW

4

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Gabriel Ballesteros v. S. Trujillo**

No.:   **C 02-02323 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 19, 2007,** I served the attached

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Gabriel Ballesteros**
**H-96692**
**California Correctional Institution**
**P.O. Box 1031**
**Tehachapi, CA 93581**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 19, 2007,** at San Francisco, California.

| | |
|---|---|
| M.M. Argarin | _M.M. Argarin_ |
| Declarant | Signature |

20096876.wpd